

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2018

No. 04-17-00492-CR

Oscar Mauricio Paredes **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10052
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on January 22, 2018. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to February 21, 2018.

On February 21, 2018, the appellant filed a motion requesting an additional thirty-day extension of time to March 23, 2018. By order dated February 23, 2018, this court granted the motion and extended the deadline to March 23, 2018. Our order stated, "**THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by March 23, 2018."

Appellant's brief was not filed by March 23, 2018. By order dated March 28, 2018, appellant's attorney was ordered to file a written response in this court stating a reasonable explanation for failing to timely file the brief and demonstrating the steps being taken to remedy the deficiency.

On March 30, 2018, appellant's attorney filed a written response and third motion for extension of time to file the brief. In the response, appellant's attorney initially refers to her caseload but then sets forth extenuating circumstances, notably the hospitalization of her associate attorney, which provide a reasonable explanation for the failure to timely file the brief. It is therefore ORDERED that the motion for extension of time is GRANTED. Appellant's brief must be filed no later than April 23, 2018. **NO FURTHER EXTENSIONS OF TIME WILL**

**BE GRANTED**.  If appellant's brief is not filed by April 23, 2018, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate.  TEX. R. APP. P. 38.8(b)(2).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2018.

Keith E. Hottle
Clerk of Court